**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF EDWARD C. WAGNER | : | No. 465 WAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: TAMMY WAGNER AND JAMES R. WAGNER, JR. | : | the Order of the Superior Court |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2019, the Petition for Allowance of Appeal and Motion to Quash is **DENIED**.